# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILLANNE BUCHANAN and JEFFREY BUCHANAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCESS CRUISE LINES, LTD. Dba PRINCESS CRUISES, and CARNIVAL CORPORATION, dba CARNIVAL CRUISE LINES, DOES 1 THROUGH 40,<br><br>Defendants. | Case No. 8:16-cv-02285-JCG<br><br>*Magistrate Judge Jay C. Gandhi*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ACTION**<br><br>Complaint Filed: 12/30/16 |

# ORDER

Based on the stipulation of the parties, plaintiffs' action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED THAT:**

1. Each party to bear their own fees and costs.

Dated: __April 30__, 2018

*/s/ Patrick J. Walsh*

~~Magistrate Judge Jay C. Gandhi~~ Patrick J. Walsh
UNITED STATES DISTRICT COURT
Chief Magistrate Judge

- 1 -
[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ACTION